IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

APRIL GRAYSON,

    Petitioner,                    No. CIV S-01-2218 LKK JFM P

    vs.

GWENDOLYN MITCHELL, et al.,

    Respondents.                <u>ORDER</u>

/

        Petitioner is a state prisoner proceeding pro se with this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. By order filed October 24, 2005, this court issued findings and recommendations which recommended that petitioner's application be denied. All parties were informed that any objections to the findings and recommendations must be filed within fourteen days. On November 18, 2005, petitioner filed a notice of appeal from the "opinion and order denying petition for writ of habeas corpus" and a request for a certificate of appealability pursuant to 28 U.S.C. § 2253(c). On November 28, 2005, petitioner filed another request for a certificate of appealability. Petitioner did not file objections to the findings and recommendations. A final judgment has not yet been entered in this case.

        Petitioner is advised that a final order with respect to her petition for a writ of habeas corpus has not yet issued from the district court. Accordingly, petitioner's notice of

appeal and request for a certificate of appealability are premature.  Before a final order issues, petitioner may, if she wishes, file objections to the findings and recommendations of the magistrate judge.  Good cause appearing, petitioner will be given another chance to do so.  If a final order granting or denying the petition is issued by the district judge, the matter will be ripe for appeal and petitioner may file a notice of appeal and request for a certificate of appealability within thirty days thereafter.

Good cause appearing, IT IS HEREBY ORDERED that within fourteen days from the date of this order, petitioner may file written objections to the October 24, 2005, findings and recommendations with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections shall be served and filed within ten days after service of the objections.  Petitioner is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED:  December 20, 2005.

UNITED STATES MAGISTRATE JUDGE

8
JFM:gray2218.o