IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

APRIL GRAYSON,

    Petitioner,               No. CIV S-01-2218 LKK JFM P

    vs.

GWENDOLYN MITCHELL, et al.,

    Respondents.        ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On October 24, 2005, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. On November 18, 2005, petitioner filed a notice of appeal. By order dated December 20, 2005, petitioner was advised that her appeal was premature and she was given fourteen days to file objections to the findings and recommendations. On January 20, 2005, petitioner filed a request for a thirty day extension of time to file objections. That request was granted by order dated January 26, 2005. On February 27, 2005, petitioner filed another request for extension of time to

file objections to the findings and recommendations and a request for appointment of counsel. Those requests were denied.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 24, 2005, are adopted in full; and

2. Petitioner's application for a writ of habeas corpus is denied.

DATED: March 10, 2006.

/s/Lawrence K. Karlton
UNITED STATES DISTRICT JUDGE

/gray2218.805