IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

APRIL GRAYSON,

        Petitioner,                        No. CIV S-01-2218 LKK JFM P

    vs.

GWENDOLYN MITCHELL, et al.,

        Respondents.         ORDER

                             /

        Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's March 13, 2006, denial of her application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).[1]

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The certificate of appealability must "indicate which specific issue or issues satisfy" the requirement. 28 U.S.C. § 2253(c)(3). A certificate of appealability should be granted for any issue that petitioner can demonstrate is "'debatable among jurists of reason,'"

---

[1] Petitioner's appeal is timely pursuant to rules 4(a)(2) and 4(c)(1) of the Federal Rules of Appellate Procedure.

1 could be resolved differently by a different court, or is "'adequate to deserve encouragement to
2 proceed further.'" <u>Jennings v. Woodford</u>, 290 F.3d 1006, 1010 (9th Cir. 2002) (quoting <u>Barefoot</u>
3 <u>v. Estelle</u>, 463 U.S. 880, 893 (1983)).[2]

4       Petitioner has made a substantial showing of the denial of a constitutional right in
5 the following issues presented in the instant petition: (1) whether there was insufficient evidence
6 to support petitioner's conviction of bringing an explosive into jail and procuring for purposes of
7 prostitution; (2) whether the trial court erred in failing to give a unanimity jury instruction on
8 kidnapping and the firearm use enhancements and in failing to give a jury instruction on the
9 lesser included offense of contributing to the delinquency of a minor; (3) whether the trial court
10 erred in admitting evidence that was unduly prejudicial; (4) whether the trial court erred in
11 failing to hold a <u>Marsden</u> hearing; and (5) whether petitioner was improperly convicted of
12 several lesser included offenses.

13       Accordingly, IT IS HEREBY ORDERED that a certificate of appealability is
14 issued in the present action.

15 DATED: May 31, 2006.

16
17 _____
      UNITED STATES DISTRICT JUDGE
18 /gray2218.coa

---

25   [2] Except for the requirement that appealable issues be specifically identified, the standard for issuance of a certificate of appealability is the same as the standard that applied to
26 issuance of a certificate of probable cause. <u>Jennings</u>, at 1010.